Joseph Lankes, Appellant, v. Acheson Graphite Company, Employer, and Utica Mutual Insurance Company, Insurance Carrier, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Anglo-American Mill Company, Incorporated, Respondent, v. Thomas J. O'Connell, Defendant, and George T. Franklin, as Receiver of Ovid Flour Mills, Incorporated, Appellant.— Motion granted and appeal dismissed, without costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of Ellen Callihan, Deceased.— Appeals dismissed unless appellant shall be ready for argument on November twenty-first. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Wanda Karwacki, Respondent, v. Buffalo and Erie Railway Company, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs on appeal by November fourth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Howard B. Gregory, an Infant, etc., Respondent, v. Board of Education of Rochester, N. Y., Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs on appeal by November twelfth, and shall be ready for argument on November twenty-second. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Robert Perry, Respondent, v. International Railway Company, Appellant, and New York Central Railroad Company, Defendant.— Motion to dismiss appeal denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Estate of Mary I. Miller, Deceased.— Appeal dismissed unless appellant shall be ready for argument at the opening of the January term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Susie Watson, Respondent, v. International Railway Company, Appellant. — Motion granted, permitting two appeals to be heard on one printed record. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

The People of the State of New York, Appellant, v. Alzamon Ira Lucas, Respondent.— Motions to dismiss appeals denied, and appeals ordered heard during first week of present term, respondent to file printed briefs by December tenth. Presen — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. Harold O. Carlson and Robert A. Willard, Appellants.— Motion to dismiss appeal denied, and time for argument extended to November fourteenth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. James C. Voelker, Appellant.— Time for argument extended to November fifteenth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. Frederick Gilbert, Appellant.— Appeal dismissed pursuant to section 535 of Code of Criminal Procedure.* Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.